```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ATAX NEW YORK, INC. et al.,                                            :
                                                                       :
                              Plaintiffs,                              :
                                                                       :              21 Civ. 5916 (JPC)
            -v-                                                        :
                                                                       :                   ORDER
JOEL CANELA #1 et al.,                                                 :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

An Initial Pretrial Conference ("IPTC") in this case is scheduled for December 14, 2021. Dkt. 35. By December 7, 2021, the parties were ordered to submit a joint letter, addressing the topics set forth in the order. *See id.* at 1-2. By that date, the parties also were ordered to submit to the Court a proposed case management plan and scheduling order. *Id.* at 2. After the parties failed to submit the joint letter and a proposed case management plan and scheduling order by the December 7, 2021 deadline, the Court issued another order on December 8, 2021 directing the parties to file their pre-IPTC submissions by December 10, 2021. Dkt. 36.

Contrary to the Court's orders, on December 9, 2021, the parties filed two individual letters and each party filed its own proposed case management plan and scheduling order. *See* Dkts. 37-38. Yet again, the parties are ORDERED to submit a *joint* letter and proposed case management plan and scheduling order by December 10, 2021. *See* Dkts. 35-36. The parties are reminded to adhere to the Court's orders and deadlines.

SO ORDERED.

Dated: December 9, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge