UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATAX NEW YORK, INC., et al.,

                Plaintiffs,

-v-

JOEL CANELA #1, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5916 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 23, 2022, the Court scheduled an initial conference for October 4, 2022, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") no later than one week before the conference, i.e., by September 27, 2022. (ECF No. 62 (the "August 23 Order")). The parties failed to file a PCMP in accordance with the August 23 Order. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the PCMP by **September 29, 2022**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the PCMP, they may set forth their respective proposals for the disputed provision, without argument.

Dated:      New York, New York
              September 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**