UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATAX NEW YORK, INC., et al.,

                Plaintiffs,

-v-

JOEL CANELA #1, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5916 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' request (ECF No. 92) for leave to file a motion for voluntary dismissal of this action ("Plaintiffs' Motion"), and Defendants' request for leave to file a motion for judgment on Defendants' counterclaim and for sanctions under Fed. R. Civ. P. 11 ("Defendants' Motion," with Plaintiffs' Motion, the "Motions") are GRANTED, and the Court orders as follows:

1. By **March 8, 2023**, the parties shall file the Motions.

2. By **March 22, 2023**, Plaintiffs shall file their opposition to Defendants' Motion, and Defendants shall file their opposition to Plaintiffs' Motion.

3. By **March 29, 2023**, the parties shall file their replies, if any.

4. A telephone conference to discuss the Motions is scheduled for **Thursday, February 9, 2023 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
            January 23, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**