UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATAX NEW YORK, INC., et al.,

                              Plaintiffs,

    -v-                                          CIVIL ACTION NO.: 21 Civ. 5916 (JPC) (SLC)

JOEL CANELA #1, et al.,

                                                     **ORDER**

                              Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

Defendants' request to adjourn the telephone conference (the "Conference") scheduled for February 9, 2023 at 10:00 am (ECF No. 98 (the "Request")) is DENIED WITHOUT PREJUDICE to renewal on a showing of compliance with the Court's Individual Practices, which provide that any such request may be made only "after consultation with all affected parties[.]"  Ind. Prac. ¶ I.D. Defendants shall confer with Plaintiffs regarding the Request and, specifically, regarding the parties' availability for the Conference at the following times: (i) Wednesday, February 8, 2023 at 10:00 am, and (ii) Tuesday, February 14, 2023 at 3:00 pm.

The Clerk of Court is respectfully directed to close ECF No. 98.

Dated:    New York, New York
             January 26, 2023

                                                    SO ORDERED.

                                                      _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**