**LAW OFFICE OF ELLIOT H. FULD**
**930 GRAND CONCOURSE-SUITE 1G**
**BRONX, NEW YORK 10451**
**718-410-4111**
ehfuld@fuldlawoffices.com

Admitted to NY & NJ Bar                                                                New Jersey Office
                                                                                       242 Sunset Avenue
                                                                                       Englewood, NJ 07631

January 30, 2023

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pear; Street
New York, NY 10007

      Re:   **Atax v. Canela et al**
               **Docket No. : 21-CV-5916 (JPC)(SLC)**

Dear Judge Cave:

I represent the Defendants MATEO, LAMARCHE and LUGO.

In response to the Court's order, Plaintiffs' counsel and I have conferred and we are both available for the telephone conference on February 14, 2023 at 3:00 PM.

                                      Very truly yours,

                                      *ELLIOT H. FULD*

                                      ELLIOT H. FULD

---

Defendants' request at ECF No. 100 is GRANTED, and the telephone conference scheduled for February 9, 2023 is ADJOURNED to **Tuesday, February 14, 2023 at 3:00 pm**.
The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 100.

SO ORDERED        1/30/2023

*[Signature]*
SARAH L. CAVE
United States Magistrate Judge