**LAW OFFICE OF ELLIOT H. FULD**
**930 GRAND CONCOURSE-SUITE 1G**
**BRONX, NEW YORK 10451**
**718-410-4111**
ehfuld@fuldlawoffices.com

Admitted to NY & NJ Bar                                          New Jersey Office
                                                                 242 Sunset Avenue
                                                                 Englewood, NJ 07631
                                February 2, 2023

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pear; Street
New York, NY 10007

    Re:    **Atax v. Canela et al**
            **Docket No. : 21-CV-5916 (JPC)(SLC)**

Dear Judge Cave:

I represent the Defendants MATEO, LAMARCHE and LUGO.

I neglected to see that I commence a trial in Municipal Court of Ocean Township, New Jersey (State v Caleb Applewhaite) on February 14, 2023 at 1:00 PM which would conflict with our 3:00 P.M. conference that day.

In response to the Court's rules, Plaintiffs' counsel and I have conferred and we are both available for the telephone conference on February 14, 2023 at 4:30 PM.at which time I will be available as well. I request a schedule change for the conference to 4:30 P.M. on February 14, 2023.

                                  Very truly yours,

                                  *ELLIOT H. FULD*

                                  ELLIOT H. FULD

---

Defendants' request at ECF No. 102 is GRANTED, and the telephone conference scheduled for Tuesday, February 14, 2023 at 3:00 pm is ADJOURNED to **the same day at 4:30 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 102.

SO ORDERED    2/3/2023

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge